

The relief described hereinbelow is SO ORDERED.

Signed November 04, 2019.

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 19-52217-RBK |
| JOYCE IRENE GYDE, § | |
|     Debtor § | CHAPTER 7 |
| § | |
| § | |
| BANK OF AMERICA, N.A., § | |
|     Movant § | HEARING DATE: |
| § | |
| v. § | TIME: |
| § | |
| JOYCE IRENE GYDE, Debtor; § | |
| and RANDOLPH N. OSHEROW, TRUSTEE, § | |
|     Respondents § | CHIEF JUDGE RONALD B. KING |

**ORDER GRANTING MOTION OF BANK OF AMERICA, N.A.
FOR RELIEF FROM THE AUTOMATIC STAY
(2001 AMERICAN TRADITION 40X VIN #4VZBN23991C038924)**

On this date came on for consideration the *Motion for Relief from the Automatic Stay 2001 American Tradition 40X VIN* #4VZBN23991C038924 ("Motion") filed by Bank of America, N.A. ("Bank of America"), and the Court, having considered the Motion, finds that it should be granted. It is therefore

ORDERED that the Motion is hereby GRANTED and the automatic stay is TERMINATED so as to authorize Bank of America to exercise all of its contractual and state law remedies pertaining to its

interest in the vehicle referenced by the Motion, such being a *2001 American Tradition 40X VIN #4VZBN23991C038924* (the "Vehicle").

###

APPROVED AS TO FORM AND SUBSTANCE:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P.**

By: */s/ Paul Kim*
    Paul Kim
    Texas Bar No. 24001182
    4004 Belt Line Road, Suite 100
    Addison, Texas 75001
    Phone: (941) 341-0560
    Fax: (512) 477-1112
    wdecf@bdfgroup.com

ATTORNEYS FOR BANK OF AMERICA, N.A.